UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., | CASE NO. C16-1588RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| DEBRA AGUIRRE, an individual; ZACK FORTIER, an individual; TRAVIS ANDERSON, an individual; JAMIE CARPENTER, an individual; and ABESLIN CHAVEZ, an individual; | |
| Defendants. | |

This matter comes before the Court sua sponte. The above-captioned case was filed on October 10, 2016. The remaining Defendants were all ordered in default on March 1, 2017, or March 15, 2017. No activity has taken place since June 29, 2017, when Plaintiff stipulated to dismissal of a party.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than July 3, 2018. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, July 6, 2018.

Dated this 19 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1